**Nunzio SCALO, Appellant, v. UNITED STATES, Appellee.**

No. 4747.

Circuit Court of Appeals, Third Circuit.
Aug. 11, 1932.

J. Raymond Tiffany, of Hoboken, N. J., for appellant.

Phillip Forman, U. S. Atty., and Walter B. Petry, Asst. U. S. Atty., both of Trenton, N. J.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

In this case we are of opinion that, strong as the case against the defendant was, the court, instead of leaving to the jury to decide the question whether the crime had

been committed, used language from which the jury might well infer that the underlying question whether the crime had been committed was withdrawn from the jury and decided by the judge.

Accordingly, we reverse the case, and remand it for early retrial.